IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Laura Deckenback fka Laura DeAngelus <br> <u>Debtor(s)</u> <br><br> Toyota Motor Credit Corporation <br> <u>Movant</u> <br> vs. <br><br> Laura Deckenback fka Laura DeAngelus <br> <u>Debtor(s)</u> <br> Kurt Albert Deckenback <br> <u>Co-Debtor</u> <br><br> William C. Miller Esq. <br> <u>Trustee</u> | CHAPTER 13 <br><br> NO. 18-16868 AMC <br><br> 11 U.S.C. Section 362 and 1301(c) |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota Yaris IA, VIN: 3MYDLBYV1HY171749  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 18th    day of June   , 2019.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Laura Deckenback fka Laura DeAngelus
302 Marlboro Road
Kennett Square, PA 19348

Kurt Albert Deckenback
302 Marlboro Road
Kennett Square, PA 19348

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532