# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-16868-mdc

LAURA  DECKENBACK

302 MARLBORO ROAD

KENNETT SQUARE, PA 19348

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LAURA  DECKENBACK

302 MARLBORO ROAD

KENNETT SQUARE, PA 19348

Counsel for debtor(s), by electronic notice only.

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101

POTTSTOWN, PA 19464-

Date: 9/26/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee