United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-16868-mdc

Laura Deckenback  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Nov 20, 2023 | Form ID: 138OBJ | Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Deckenback, 302 Marlboro Road, Kennett Square, PA 19348-1310 |
| 14213559 | + | Cap1/bstby, PO Box 9312, Minneapolis, MN 55440-9312 |
| 14269000 | #+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |
| 14324566 | + | Toyota Motor Credit Corp., c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 21 2023 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14241246 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2023 00:52:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14213558 | + | Email/PDF: bncnotices@becket-lee.com | Nov 21 2023 00:52:40 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14213561 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 00:52:42 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14213560 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 00:52:35 | Cap1/l&t, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14213562 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 00:52:36 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14238477 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 21 2023 00:52:24 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14243643 | | Email/PDF: bncnotices@becket-lee.com | Nov 21 2023 00:52:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14213564 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 01:03:21 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14213565 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 00:48:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14213568 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 00:52:24 | Macy's, PO Box 8217, Mason, OH 45040 |
| 14219196 | | Email/Text: mrdiscen@discover.com | Nov 21 2023 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14213566 | + | Email/Text: mrdiscen@discover.com | Nov 21 2023 00:48:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 18-16868-mdc   Doc 50   Filed 11/22/23   Entered 11/23/23 00:37:27   Desc Imaged
                              Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

| | | | |
|---|---|---|---|
| 14213563 | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 21 2023 01:03:13 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14213567 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2023 00:48:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14246774 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 21 2023 00:52:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14244572 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2023 00:52:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14214116 | + Email/PDF: rmscedi@recoverycorp.com | Nov 21 2023 00:52:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14245795 | Email/Text: bnc-quantum@quantum3group.com | Nov 21 2023 00:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14213569 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 00:52:36 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14213570 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 00:52:48 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14213571 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 00:52:48 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14213572 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 00:52:33 | Syncb/tjx Cos, Po Box 965015, Orlando, FL 32896-5015 |
| 14213573 | + Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 01:39:09 | Syncb/zulily, C/o Po Box 965017, Orlando, FL 32896-0001 |
| 14241929 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 21 2023 00:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14213574 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 21 2023 00:48:00 | Toyota Motor Credit Corporation, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14243740 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2023 00:48:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14213575 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 21 2023 00:48:00 | Us Bank, 4325 17th Ave S, Fargo, ND 58125 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2023          Signature:      /s/Gustava Winters

Case 18-16868-mdc    Doc 50    Filed 11/22/23    Entered 11/23/23 00:37:27    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2023 | Form ID: 138OBJ | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Laura Deckenback CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Laura Deckenback

       Debtor(s)                          Case No: 18−16868−mdc

                                                      Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                               900 Market Street
                                    Suite 400
                               Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/20/23